IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rels. ) JOHN MELSON and ) KENNETH SMITH, ) )    Relators, ) )   v. ) ) JORGE SCIENTIFIC CORP., ) )    Defendant. )              ) | Case Number: 12-cv-00389-EGS |

**NOTICE OF CONSENT TO DEFENDANT JORGE SCIENTIFIC CORP.'S
MOTION TO STRIKE SCANDALOUS AND IMMATERIAL ALLEGATIONS
FROM RELATORS' AMENDED COMPLAINT**

   Relators John Melson and Kenneth Smith ("Relators") hereby agree and consent to the

Motion to Strike Scandalous and Immaterial Allegations from Relators' Amended Complaint

("Motion"), filed by Jorge Scientific Corp. ("Jorge").  Relators join Jorge in asking the Court to

grant the Motion.

Respectfully submitted,

       /s/

David Scher, DC Bar No. 474996
R. Scott Oswald, DC Bar No. 458859
THE EMPLOYMENT LAW GROUP, P.C.
888 17th Street, NW, Suite 900
Washington, DC 20006
(202) 261-2803
(202) 261-2835 (fax)
dscher@employmentlawgroup.com
soswald@employmentlawgroup.com

*Attorneys for Relators*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2013, a copy of the foregoing was served by the

Court's ECF system on the following:

Jennifer A. Short
Assistant United States Attorney
555 Fourth Street, NW
Room E 4415
Washington, DC  20530
jennifer.short@usdoj.gov

Michael Schatzow, DC Bar No. 185447
David Feinberg, DC Bar No. 982635
VENABLE LLP
575 7th Street NW
Washington, DC 20004
(202) 344-4000
(202) 344-8300 (fax)
mschatzow@venable.com
dfeinberg@venable.com

Respectfully submitted,


                            /s/
_____
David Scher, DC Bar No. 474996
R. Scott Oswald, DC Bar No. 458859
THE EMPLOYMENT LAW GROUP, P.C.
888 17th Street, NW, Suite 900
Washington, DC 20006
(202) 261-2803
(202) 261-2835 (fax)
dscher@employmentlawgroup.com
soswald@employmentlawgroup.com