IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rels. JOHN MELSON and KENNETH SMITH, | ) ) ) ) | |
| Relators, | ) ) | Case Number: 12-cv-00389-EGS |
| v. | ) ) | |
| JORGE SCIENTIFIC CORP., | ) ) | [**PROPOSED**] ORDER |
| Defendant. | ) ) | |

**[PROPOSED] ORDER**

This matter comes before the Court on Relators' Notice of Consent to Defendant Jorge Scientific Corp.'s Motion to Strike Scandalous and Immaterial Allegations from Relators' Amended Complaint. After considering the notice, the Court finds that the Motion to Strike should be, and hereby is GRANTED.

SO ORDERED.

This the ___ day of _____, 2013.

_____
The Hon. Emmet G. Sullivan
United States District Judge

**LOCAL RULE 7(k) LIST OF PERSONS TO BE SERVED WITH PROPOSED ORDER**

Pursuant to Local Rule 7(k), the following persons are entitled to be notified of entry of the foregoing proposed order:

Jennifer A. Short
Assistant United States Attorney
555 Fourth Street, NW
Room E 4415
Washington, DC  20530
jennifer.short@usdoj.gov

*Attorney for the United States*


Michael Schatzow, DC Bar No. 185447
David Feinberg, DC Bar No. 982635
VENABLE LLP
575 7th Street NW
Washington, DC 20004
(202) 344-4000
(202) 344-8300 (fax)
mschatzow@venable.com
dfeinberg@venable.com

*Attorneys for Jorge Scientific Corp.*


David Scher, DC Bar No. 474996
R. Scott Oswald, DC Bar No. 458850
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, DC 20006
dscher@employmentlawgroup.com
soswald@employmentlawgroup.com


*Attorneys for Relators*