FILED

MAR 20 2013

Clerk, U S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, ex rels. )
MELSON AND SMITH, )
　)
Plaintiff, )
　)
v. ) Civil Action No. 1:12-cv-00389 (EGS)
　)
JORGE SCIENTIFIC CORP., )
　)
Defendant. )
_____)

## ORDER

Having received the Relators' Motion for Voluntary Dismissal of Counts II and III of the Amended Complaint with Prejudice and to Dismiss Count I Without Prejudice, the United States' consent thereto, and because, pursuant to 31 U.S.C. § 3730(b)(1), the Court also consents to the proposed dismissal of this action, it is hereby

**ORDERED** that this case shall be and hereby is dismissed. The dismissal is without prejudice to the United States' right and ability to pursue any claims against the parties for violations of the False Claims Act, 31 U.S.C. §§ 3729-3733; and it is further

**ORDERED** that, except as provided in the Court's Order of August 17, 2012, the matters which preceded the United States' Notice of Election to Decline Intervention shall remain under seal.

**SO ORDERED** this 19th day of March, 2013.

_____
Hon. Emmet G. Sullivan
United States District Court Judge for the
District of Columbia